254 So.2d 443

In re William Edward Ashby DAN-NELLY, Jr.

v.

STATE of Alabama.

Ex parte William Edward Ashby Dan-nelly, Jr.

2 Div. 544.

Supreme Court of Alabama.

Oct. 21, 1971.

Pitts, Pitts & Thompson, Selma, L. Y. Sadler, John Godbold, Camden, for petitioner.

William J. Baxley, Attorney General, and David Clark, Asst. Atty. Gen., for the State.

MERRILL, Justice.

Petition of William Edward Ashby Dannelly, Jr. for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Dannelly v. State, 47 Ala.App. 363, 254 So.2d 434.

Writ denied.

HARWOOD, MADDOX and McCALL, JJ., concur.

HEFLIN, C. J., concurs in the result.

HEFLIN, Chief Justice (concurring in the result):

I concur in the result of denying the writ in this cause. However, I want it clearly understood that I do not approve all of the language contained in the opinion of the Court of Criminal Appeals. My position concerning drug-affected confessions was set forth in a dissenting opinion in Beecher v. State, Sup.Ct., Mo., 7 Div. 846.

255 So.2d 592

In re DELCHAMPS, INCORPORATED

v.

Claudia STEWART.

Ex parte Claudia STEWART.

1 Div. 717.

Supreme Court of Alabama.

Dec. 16, 1971.

Richard Bounds, Cunningham, Bounds & Byrd, Mobile, for petitioner.

Peter V. Sintz, Foreman, Brown & Hudgens, Mobile, opposed.

COLEMAN, Justice.

Petition of Claudia Stewart for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Delchamps, Inc. v. Stewart, 47 Ala.App. ——, 255 So.2d 586.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, MADDOX and McCALL, JJ., concur.